UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIEGO PATRICIO CUENCA MACAS,<br>Petitioner,<br>v.<br>BRUCE SCOTT,<br>Respondent. | CASE NO. 2:26-cv-03901-JHC<br>ORDER |

This matter comes before the Court on Diego Patricio Cuenca Macas's Petition for Writ of Habeas Corpus (Dkt. # 1) and Emergency Motion for Temporary Restraining Order (Dkt. # 2). These documents, particularly the way in which they were submitted to the Court, raise serious questions regarding this action that must be resolved before the Court can evaluate the merits of Petitioner's legal claims. Accordingly, the Court orders as follows:

(1) The Parties are ORDERED TO SHOW CAUSE, on or before October 29, 2026, whether Petitioner was located in the Western District of Washington at the time the petition was filed. If Petitioner was not located in the District, the Court will be inclined to dismiss this petition without prejudice for lack of jurisdiction.

(2) Petitioner is ORDERED TO SHOW CAUSE, on or before October 29, 2026, whether he is proceeding pro se in this action and if so, whether the documents filed at Dkt. ## 1 & 2 are his own submissions.

(3) Eunice Campos-Hernandez is ORDERED TO SHOW CAUSE, on or before October 29, 2026, whether her “assistance” to Petitioner in this action complies with the applicable federal and local rules concerning attorney assistance to pro se litigants.

(4) Eunice Campos-Hernandez and Avelar Immigration Law are DIRECTED to review this District’s filing procedures for habeas petitions, including the procedures governing emergency, after-hours filings. Counsel is advised that failure to follow such procedures not only prevents the Court from granting the requested relief but also imposes significant burdens on the Court that may result in disciplinary measures moving forward.

(5) The Motion for Temporary Restraining Order (Dkt. # 2) is DENIED, as the relief sought in the motion is rendered moot by the timing of the filing, the Court’s Scheduling Order at Dkt. # 3, and the Court’s Order to Show Cause in paragraph 1 of this Order.

(6) The Scheduling Order at Dkt. # 3 is MODIFIED as follows:

- Respondents shall file a return to the habeas petition no later than **November 10, 2026**.
- Any traverse by Petitioner shall be filed no later than **November 24, 2026**.

(7) The Clerk is DIRECTED to send uncertified copies of this Order to all counsel of record, to any party appearing pro se at said party’s last known address, and to Eunice Campos-Hernandez at the email and address provided in her 1:15 a.m. October 14, 2026 submission to the Court.

//

Dated this 15th day of October, 2026.

John H. Chun
United States District Judge