UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIEGO PATRICIO CUENCA MACAS,

Petitioner,

v.

BRUCE SCOTT,

Respondent.

CASE NO. 2:26-cv-03901-JHC

ORDER

This matter comes before the Court on the Court's October 15, 2026, Order to Show Cause. Dkt. # 6. Having considered the issues raised in the Order and the subsequent filings, *see generally* Dkt., the Court hereby ORDERS as follows:

(1) This case, including the petition at Dkt. # 1, is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. *See, e.g.*, *Doe v. Garland*, 109 F.4th 1188, 1191–92 (9th Cir. 2024) (explaining the rules governing jurisdiction over habeas petitions); *Zambrano Vivas v. Warden Nw. ICE Processing Ctr.*, 2026 WL 938242, at *1 (W.D. Wash. Apr. 7, 2026) (concluding that the Court lacks jurisdiction because the petitioner was transferred out of the district before his habeas petition was filed).[1]

[1] While courts sometimes order transfer rather than dismissal when a petitioner is located in a different district, *see, e.g.*, *Zambrano Vivas*, 2026 WL 938242, at *1, the Court finds dismissal more

(2) Eunice Campos-Hernandez and Avelar Immigration Law are ADVISED that their conduct in this matter, including their failure to respond to the Court's Order to Show Cause at Dkt. # 6, raises serious questions for the Court, and that such conduct may warrant sanctions in the future if repeated in another action.

(3) The Clerk is DIRECTED to terminate the Motion for Bond Redetermination at Dkt. # 7.

(4) The Clerk is DIRECTED to send uncertified copies of this Order to all counsel of record, to Petitioner at the Nevada Southern Detention Center, and to Eunice Campos-Hernandez and Avelar Immigration Law.

Dated this 30th day of October, 2026.

John H. Chun
United States District Judge

appropriate in this case given the contents of the petition and Petitioner's multiple locations since this petition was filed.